each of the defendants is entitled to have his or her case decided separately and apart from the other; in other words, gentlemen, you will take the evidence under the rules of law I will give you in charge, to each of these defendants, and each of these defendants is entitled to have a separate consideration of his or her case, and to have his or her case passed upon with reference to whether or not either one or both is not guilty." Under these circumstances the failure of the court to charge the law in reference to conspiracy, if error at all, was harmless.

■ The other grounds of the motion for new trial are without merit.

■ The evidence was sufficient to support the verdict.

■ Under the above rulings the court did not err in overruling the motion for new trial.

*Judgment affirmed. All the Justices concur, except Russell, C. J., and Atkinson, J., who dissent.*

### WYNES *v.* THE STATE.

HUTCHESON, Justice. Under the rulings in *Clarence Wynes v. State,* ante, 434, involving the same homicide, the court did not err in refusing a new trial.

*Judgment affirmed. All the Justices concur, except Russell, C. J., and Atkinson, J., who dissent.*

### WESTBERRY, administratrix, *v.* BLACKSHEAR MANUFACTURING COMPANY; *et vice versa.*

Nos. 11050, 11075. APRIL 17, 1936. REHEARING DENIED MAY 16, 1936.

*A. J. Tuten* and *Highsmith & Highsmith,* for plaintiff.

*Wilson, Bennett & Pedrick* and *Memory & Memory,* for defendant.